Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ., concur. [201 Misc. 4.]

In the Matter of HERBERT D. PAPE et al., Respondents, against PREMIER METAL ETCHING COMPANY et al., Appellants.—

The inspection shall proceed, as directed, and between the hours provided in the order appealed from, on a date to be fixed by respondents and on such subsequent dates as may be necessary to complete such inspection. Five days' notice of the first inspection shall be given to the corporate appellant. The conceded facts were sufficient, as a matter of law, to authorize the court, in its discretion, to grant the order appealed from. (*Matter of Durr* v. *Paragon Trading Corp.,* 270 N. Y. 464; *Matter of Steinway,* 159 N. Y. 250.) Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.

ANTHONY JANKOWSKI, Respondent, v. MARY JANKOWSKI, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [See *post,* p. 1010.]

EVA KATZ, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.—

No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

MARIE KENNEY, Respondent, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK et al., Defendants, and NATIONAL TRANSPORTATION CO., INC., et al., Appellants.— No order was entered at the time the notice of appeal was served. (*Osborn* v. *Cardeza,* 209 N. Y. 530; 6 Carmody on New York Practice, § 275.) Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

MAE L. LECHNER et al., Respondents, v. FRANK LECHNER, Appellant.—